UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:

DANIEL A. HESSE,

Debtor.

Chapter 7
Case No. 14-70196-AST
---------------------------------------------------------x
R. KENNETH BARNARD, AS CHAPTER 7 TRUSTEE OF DANIEL A. HESSE,

Plaintiff,

- against -

JOSEPH MASSARO, IFS CAPITAL LLC, IFS PROPERTIES LLC, and MISTY PROPERTIES INC.,

Defendants.

Adv. Pro. No. 17-08183-AST
---------------------------------------------------------x

**ORDER APPROVING STIPULATION OF SETTLEMENT**

Upon the motion (the "Motion") of R. Kenneth Barnard, the Chapter 7 Trustee (the "Trustee") of the estate of Daniel A. Hesse, by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to 11 U.S.C. § 105(a) and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, authorizing and approving the stipulation of settlement between the Trustee and Joseph Massaro, IFS Capital LLC, IFS Properties LLC and Misty Properties Inc. (the "Defendants") resolving the Trustee's claims against Defendants in the above-captioned adversary proceeding; and upon the Affidavit of Service of the Motion and notice of presentment thereof; and there being no opposition to the relief sought in the Motion; and the Motion having been presented to the Court on August 14, 2017; and the Court having found that the relief sought by the Trustee in the Motion is warranted; and no additional notice being necessary or required, now, therefore, it is

**ORDERED**, that the Stipulation of Settlement annexed to the Motion as Exhibit A is hereby approved; and, it is further

**ORDERED**, that proof of claim no. 41, filed by Joseph Massaro on August 26, 2014, is hereby disallowed; and, it is further

**ORDERED**, that any claim against the estate arising from the Northfork Mortgage secured against the Knickerbocker Property (as these capitalized terms are defined in the Motion) is hereby disallowed; and, it is further

**ORDERED**, that the Trustee is authorized and empowered to expend such funds and execute and deliver any and all documents as are reasonably necessary to implement the terms of this Order and the Stipulation of Settlement.

**Dated: August 16, 2017**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**